UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

REVEL ZAIN                                                                                  PLAINTIFF

v.                                                           CIVIL ACTION NO. 4:10-CV-P109-M

DAVID OSBORNE *et al.*                                                        DEFENDANTS

**MEMORANDUM OPINION**

The plaintiff, Revel Zain, initiated this civil action under 42 U.S.C. § 1983 while incarcerated. On November 2, 2010, the Clerk of Court mailed the plaintiff an Order granting his motion to proceed without prepayment of the filing fee (DN 11). On November 12, 2010, the Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER–NO LONGER AT HCDC" (DN 12). Apparently, Plaintiff is no longer incarcerated at his last address of record.

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has failed in his obligations to the Court. Because neither notices from this Court nor filings by

Defendants in this action can be served on Plaintiff, the Court construes this action to be abandoned. Therefore, the Court will dismiss this action by separate Order.

Date:



cc: Plaintiff, *pro se*
 Defendants
4414.008